IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWAHN MCELROY,

    Plaintiff,

    vs.

DEPT. OF CORRECTIONS, et al.,

    Defendants.

No. CIV S-07-2252 LEW GGH P

CIV. F-07-1677 OWW WMW PC

ORDER

---

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Kern County,[1] which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

---

[1] The only defendant plaintiff has named not located in Kern County is the California Department of Corrections and Rehabilitation. The Eleventh Amendment serves as a jurisdictional bar to suits brought by private parties against a state or state agency unless the state or the agency consents to such suit. See Quern v. Jordan, 440 U.S. 332 (1979); Alabama v. Pugh, 438 U.S. 781 (1978)( per curiam); Jackson v. Hayakawa, 682 F.2d 1344, 1349-50 (9th Cir. 1982). In the instant case, the State of California has not consented to suit. Accordingly, plaintiff's claims against CDCR appear likely to require dismissal.

1 | the proper division of a court may, on the court's own motion, be transferred to the proper
2 | division of the court. Therefore, this action will be transferred to the Fresno Division of the
3 | court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's
4 | request to proceed in forma pauperis.

       Good cause appearing, IT IS HEREBY ORDERED that:

       1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

       2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

       3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court  
> Eastern District of California  
> 2500 Tulare Street  
> Fresno, CA 93721

DATED: 11/20/07

/s/ Gregory G. Hollows

_____  
GREGORY G. HOLLOWS  
UNITED STATES MAGISTRATE JUDGE

GGH:009/cm  
mcel2252.22

2