IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LATWAHN McELROY,

    Plaintiff,                            1: 07 CV 01677 OWW YNP GSA (PC)

    vs.                                  ORDER RE: FINDINGS & RECOMMENDATIONS (#26)

CDCR, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On September 25, 2009, findings and recommendations were entered, recommending denial of Plaintiff's motion for a default judgment. Plaintiff was provided an opportunity to file objections within twenty days. Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

1  Accordingly, THE COURT HEREBY ORDERS that:

2  1.  The Findings and Recommendations issued by the Magistrate Judge on

3  September 25, 2009, are adopted in full; and

4  2.  Plaintiff's motion for default judgment is denied.

10  IT IS SO ORDERED.

11  **Dated:   October 22, 2009**                    /s/ Oliver W. Wanger
                                               UNITED STATES DISTRICT JUDGE

2