# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN MCELROY,<br><br>            Plaintiff,<br><br>      v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:07-cv-01677-OWW-SKO PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE, WITHIN 30 DAYS, OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |

Plaintiff Latwahn McElroy ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 15, 2009, Defendant Cope filed a motion to dismiss based on Plaintiff's failure to exhaust his administrative remedies. (Doc. #29.) Plaintiff has not filed an opposition or a statement of non-opposition to the motion to dismiss. By Local Rule 230(l), Plaintiff was required to file an opposition or statement of non-opposition within 21 days of the date of service of Defendant's motion to dismiss.

Accordingly, within **thirty (30) days** from the date of service of this Order, Plaintiff shall file an opposition or a statement of non-opposition to Defendant's motion to dismiss. **Plaintiff's failure to file an opposition or statement of non-opposition in compliance with this order may result in this action being dismissed for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

**Dated:  April 21, 2010**                        **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE

1